UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 3:14cr24-001/MCR

SILAS K. WARD

### JUDGMENT OF ACQUITTAL

This action came to trial before the Court with the Honorable M. Casey Rodgers, Chief Judge, presiding. The issues have been heard and a decision has been rendered (doc. 34). Accordingly, Defendant SILAS K. WARD is hereby ADJUDGED NOT GUILTY of the charges in Count One and these charges are hereby DISMISSED.

**DONE and ORDERED** at Pensacola, Florida, this 17th day of November, 2014.

_M. Casey Rodgers_
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE